UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No. 2:26-cr-3

v.

                                      Hon. Hala Y. Jarbou

HUGO NAHUN GARCIA-FUNEZ,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 20, 2026, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that Defendant's guilty plea to the Indictment be accepted.[1] (R&R, ECF No. 20.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on March 6, 2026.  Additionally, on February 24, 2026, the parties filed a joint motion for expedited sentencing.  (ECF No. 22.)  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the R&R (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.  Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

**IT IS FURTHER ORDERED** that the joint motion for expedited sentencing (ECF No. 22) is **GRANTED** and sentencing is set for **April 13, 2026**, at **10:00 AM** at the federal courthouse in Marquette, Michigan, before the undersigned.  Defendant shall remain detained pending sentencing.

---

[1] Although the R&R states that the change of plea hearing was held on March 19, 2026, it was actually held on February 19, 2026.  *See* Minutes of Arraignment and Change of Plea, ECF No. 19.

**IT IS FURTHER ORDERED** that Probation shall prepare an expedited presentence report.

Dated: March 10, 2026                          /s/ Hala Y. Jarbou

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE